UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA

JOHN R. WALSH, III,

       Plaintiff,

       v.

LEONARD P. STARK,

       Defendant.

Civil Action No. 3:16-CV-1462

(Judge Kosik)

**MEMORANDUM**

      Before the Court for disposition is a civil action filed by *pro se* Plaintiff, John R. Walsh, III, against Federal Chief Judge Leonard P. Stark for the District of Delaware. It appears that Plaintiff has filed the instant action in this Court, in an attempt to appeal Judge Stark's denial of Plaintiff's motion for *in forma pauperis*. Because this Court lacks jurisdiction over an appeal of a denial of *in forma pauperis* from another federal district court, we will dismiss the action.

      A denial of a motion to proceed *in forma pauperis* is a final judgment that is immediately appealable pursuant to 28 U.S.C. § 1291. <u>Roberts v. United States District Court for Northern District of California</u>, 339 U.S. 884 (1950) (Denial by a federal district judge of a motion to proceed *in forma pauperis* is an appealable order).

      Accordingly, this Court lacks jurisdiction to review an order from the Federal District Court of Delaware; therefore, we will dismiss this action. An appropriate order follows.